UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 06 CR 10239 RCL |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| JEROME T. COLEMAN ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession with Intent to |
| ) | Distribute/Distribution of |
| ) | Cocaine |
| ) | 18 U.S.C. § 922(g) - |
| ) | Felon in Possession of Firearm |
| ) | 18 U.S.C. § 924(d) and |
| ) | 28 U.S.C. § 2461(c) - |
| ) | Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:** (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute/Distribution of Cocaine)

The Grand Jury charges that:

On or about June 16, 2004, in Boston, in the District of Massachusetts,

### JEROME T. COLEMAN

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**: (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute/Distribution of Cocaine)

The Grand Jury further charges that:

On or about June 28, 2004, in Boston, in the District of Massachusetts,

### JEROME T. COLEMAN

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:  (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute/Distribution of Cocaine)

The Grand Jury further charges that:

On or about July 2, 2004, in Brookline, in the District of Massachusetts,

### JEROME T. COLEMAN

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**  (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine)

The Grand Jury further charges that:

On or about July 15, 2004, in Cambridge and elsewhere, in the District of Massachusetts,

### JEROME T. COLEMAN

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**     (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition)

The Grand Jury further charges that:

On or about July 15, 2004, in Cambridge and elsewhere, in the District of Massachusetts,

### JEROME T. COLEMAN

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Taurus .357 caliber revolver (serial number UE98782), and ammunition, to wit: 26 rounds of .357 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

## (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1. Upon conviction of one or more of the offenses alleged in Count 5 of this Indictment,

### JEROME T. COLEMAN

defendant herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

   (a) a Taurus .357 caliber revolver (serial number UE98782), and ammunition, to wit: 26 rounds of .357 caliber ammunition.

2. If any of the property described in paragraph 1, above,

as a result of any act or omission of the defendant –

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
John T. McNeil
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; _____Aug 16, 2006_____

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
2:30p