
JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** II _____ **Investigating Agency** ATF/DEA

**City** BOSTON/BROOKLINE/CAMB    **Related Case Information:**

**County** SUFF/NORFOLK/MIDDSX    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**06 CR 10239 RCL**

**Defendant Information:**

Defendant Name   JEROME T. COLEMAN     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   16 Cogswell Street, Cambridge, MA and 59 Linwood Street, Malden, MA

Birth date (Year only): 1967   SSN (last 4 #): 5251   Sex M   Race: BLK   Nationality: USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   JOHN T. McNEIL     Bar Number if applicable   550473

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Victims:   ☐ Yes   ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes   ☒ No

Matter to be SEALED:   ☒ Yes    ☐ No

    ☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 5

    Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 16, 2006     **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JEROME T. COLEMAN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841 | DISTRIB OF COCAINE | 1,2,3,4 |
| Set 2 | 18 U.S.C. §922(g) | FELON IN POSSESSION OF FIREARM | 5 |
| Set 3 | 18 U.S.C. §924(d) | FORFEITURE | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: