1204669

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

FILED
CLERKS OFFICE

2006 AUG 23  P 3: 28

UNITED STATES OF AMERICA
v.
JEROME T. COLEMAN

DISTRICT COURT
DISTRICT OF MASS

**WARRANT FOR ARREST**

Case Number: **06 CR 10239 RCL**

M. J. Sorokin

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   __JEROME T. COLEMAN__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE/DISTRIBUTION OF COCAINE
&
FELON IN POSSESSION OF A FIREARM

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2006 AUG 16  P 4: 35

in violation of Title  __21__   United States Code, Section(s)   __841(a) AND 18 USC 922(g)__

HELEN M. COSTELLO
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

AUG. 16, 2006                                     MASSACHUSETTS
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/17/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |