**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   **CRIMINAL NO. 06-10239-RCL** |
| | ) |
| **JEROME T. COLEMAN** | ) |

# FILED UNDER SEAL
# DO NOT SCAN

## INFORMATION

<u>**COUNT ONE:**</u>     (Title 21, United States Code, Section 851 –  Notice of Prior Conviction)

The United States Attorney charges that:

1. On or about December 12, 1995, JEROME T. COLEMAN was convicted in the Suffolk Superior Court in Boston, Massachusetts, Docket No.1994-11146, for trafficking in cocaine in violation of Mass. Gen. L. c. 94C, §32E(b), and possession with intent to distribute a Class B substance in violation of Mass. Gen. L. c. 94C, §32A(c).   A copy of the conviction is attached hereto as Exhibit 1.

2. On or about December 12, 1995, JEROME T. COLEMAN was convicted in the Suffolk Superior Court in Boston, Massachusetts, Docket No.1994-10430, for trafficking in cocaine in violation of Mass. Gen. L. c. 94C, §32E(b)(1).   A copy of the conviction is attached hereto as Exhibit 2.

3. JEROME T. COLEMAN, has been named as a defendant in an Indictment numbered 06-10239-RCL. The indictment charges JEROME T. COLEMAN with four counts of possession with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1), among other things.

4. By way of this information, the government notifies JEROME T. COLEMAN that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of the felony drug offenses as set out in paragraphs 1 and 2 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: September 26, 2006                BY:

JOHN T. McNEIL
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, John T. McNeil, Assistant United States Attorney, do hereby certify that on this 26th day of September, 2006, I have caused to be served a copy of the attached Information upon the defendant, Jerome T. Coleman, by mailing first-class mail, postage pre-paid to counsel of record, Page Kelly, Esq., Public Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

By: _____

JOHN T. McNEIL
Assistant U.S. Attorney

# EXHIBIT 1

No. SUCR 1994-11146

Commonwealth of Massachusetts

Suffolk, to wit:

At the Superior Court, begun and holden at the

City of Boston, within and for the County of

Suffolk , for the transaction of Criminal Business,

on the first Monday of December in  the year of our Lord

Nineteen Hundred and Ninety Five.

The Honorable Henry F. King

A Justice of said Court presiding

ds

# **NO.** SUCR94-11146-001

## Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR  COURT  DEPARTMENT
CRIMINAL  BUSINESS

JULY  Sitting, 19  94

.COMMONWEALTH

V.

JEROME  COLEMAN

INDICTMENT
TRAFFICKING :IN COCAINE
General Laws, c.  94C  , S.  32E(b)(3)

JUL 27 1994

P.O. Cofield-B-3

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

Daniel F. O. LL.

Clerk.

FORM 235B

94-11146-001

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of July,
in the year of our Lord one thousand nine hundred and
ninety-four.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that


                         JEROME COLEMAN,


on July 12, 1994, did traffick in cocaine, a derivative of coca

leaves, a Class B controlled substance under the provisions of

Section 31 of Chapter 94C of the General Laws of Massachusetts,

by unlawfully, knowingly and intentionally possessing with

intent to distribute a net weight of one hundred grams or more

of a mixture containing cocaine.


                         A TRUE BILL.


Assistant District Attorney.          Foreman of the Grand Jury.
SUCR94-11146

# NO. SUCR94-11146 -00ᒾ

## Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

_____ JULY _____ Sitting, 19 94

COMMONWEALTH

V.
JEROME COLEMAN

INDICTMENT
POSSESSION OF CLASS B CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

General Laws, c.  94C , S. 32A(c)

## JUL 27 1994

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

_(signature)_

Clerk.

FORM 235B

94-11146-002

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of July,
in the year of our Lord one thousand nine hundred and
ninety-four.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that


JEROME COLEMAN,


on July 12, 1994, not being authorized by Chapter 94C of the

General Laws of Massachusetts, did unlawfully, knowingly and

intentionally possess with intent to distribute a certain

controlled substance, to wit: cocaine, a derivative of coca

leaves, a Class B controlled substance under the provisions of

Section 31 of said Chapter 94C, in violation of Chapter 94C,

Section 32A(c).


A TRUE BILL.

Assistant District Attorney.
SUCR94-11146

Foreman of the Grand Jury.

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## SUCR1994-11146
### Commonwealth v Coleman, Jerome

| File Date | 07/27/1994 | Status | Disposed (sentenced) (dsenimp) |
|-----------|------------|--------|--------------------------------|
| Status Date | 12/12/1995 | Session | 5 - Criminal 5 Ctrm 817 |
| Jury Trial | Unknown | Origin | I - Indictment |
| Lead Case | SUCR1994-11146 | | |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|-----|---------|------|--------|-------------|
| 1 | 07/12/1994 | 094C:032E:b3 | Guilty plea (lesser offense) | 12/12/1995 |
| | Traffic in controlled substance, 100-199g | | | |
| 2 | 07/12/1994 | 094C:032A:a | Guilty plea | 12/12/1995 |
| | Class B substnc, distrib/manufac | | | |

### PARTIES

**Defendant**
Jerome Coleman
Gender: Male
A.D.A. A. McClellan
Active 07/19/1994

**Private Counsel 551450**
John Gregory Swomley
Swomley & Associates
227 Lewis Wharf
Boston, MA 02110-3927
Phone: 617-227-9443
Fax: 617-227-8059
Withdrawn 03/03/1995

**Private Counsel 546518**
Earl Howard
875 Massachusetts Avenue
Suite 34
Cambridge, MA 02139
Phone: 617-661-0894
Fax: 800-282-4790
Active 03/03/1995 Notify

**Plaintiff**
Commonwealth
Gender: Unknown
Active 07/19/1994

**District Atty's Office 550501**
Andrew R McClellan
32 Cherry Street
c/o State Atty's Office
Burlington, VT 05401
Phone: 802-863-2865
Active 11/17/1995 Notify

### ENTRIES

| Date | Paper | Text |
|------|-------|------|
| 07/19/1994 | | Case opened to issue docket# to grand jury |
| 07/27/1994 | 1.0 | Indictment returned |
| 07/27/1994 | 2.0 | Motion by Commonwealth for arrest warrant to issue; filed & allowed. Quinlan, J. |
| 07/27/1994 | | Warrant on indictment issued. (Warrant Bureau - Cofield B-3) |

MASXP-20050621

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

06/19/2006
04:19 PM

## SUCR1994-11146
## Commonwealth v Coleman, Jerome

| Date | Paper | Text |
|------|-------|------|
| 02/24/1995 | | Brought into Court on warrant. |
| 02/24/1995 | | Appointment of Counsel Swomley |
| 02/24/1995 | | Deft arraigned before Court |
| 02/24/1995 | | Deft waives reading of indictment |
| 02/24/1995 | | RE offense 1: Plea of not guilty |
| 02/24/1995 | | RE offense 2: Plea of not guilty |
| 02/24/1995 | | Bail set: $500.00 cash without prejudice. Bail warning read. Mittimus Issued. |
| 02/24/1995 | | Deft notified of right to request drug exam. Wilson, AC/M - R. Tochka, ADA - E.R.D. - E. Howard, Attorney. |
| 03/03/1995 | | Defendant not in Court |
| 03/03/1995 | | Withdrawal of appearance requested by J. Swomley, allowed. |
| 03/03/1995 | | Appointment of Counsel Earl Howard. Wilson, AC/M - R. Powers, ADA - ERD - E. Howard, Attorney. |
| 04/19/1995 | | Defendant not in Court. Motions to be filed by 4/26/95. Wilson, AC/M - R. Powers, ADA - E.R.D. - E. Howard, Attorney |
| 09/27/1995 | 3.0 | Deft files Motion to Suppress Tangible Evidence and Statements given by the defendant without the assistance of counsel, affidavit and memorandum in support thereof. |
| 11/02/1995 | | Brought into Court. Hearing re: Paper #3. After hearing, motion taken under advisement. |
| 11/02/1995 | 4.0 | Deft files Motion for expedited transcript. |
| 11/02/1995 | | Motion (P#4) allowed. |
| 11/02/1995 | 5.0 | Commonwealth files Memorandum in oppositon to the defendant's motion to suppress. |
| 11/02/1995 | | Continued until 11/28/95 for status. King, J- A. McClellan, ADA- D. Roseboom, Court Reporter- E. Howard, Attorney. |
| 11/06/1995 | 6.0 | Deft files Supplemental Brief. |
| 11/22/1995 | 7.0 | ORDERED: Findings of fact, rulings of law, and order allowing defendant's motion to suppress as to statements and denying motion as to physical evidence, filed. |
| 12/12/1995 | | Brought into Court. |
| 12/12/1995 | | RE offense 1: Guilty plea to lessr offnsto so much of offense that alleges trafficking in cocaine in excess of 28 grams but les than 100 grams. |
| 12/12/1995 | | RE offense 2: Guilty plea |
| 12/12/1995 | | Sentence imposed: as to offense #001 - M.C.I. Cedar Junction - Max. five years and one day - Mln. five years. Court further orders that this sentence is to be served concurrently with any sentence defendant may receive as the result of a pending parole violation. Mittimus issued. Registry of Motor Vehicles. |
| 12/12/1995 | | Sentence imposed: as to offense #002 - M.C.I. Cedar Junction - Max. five years and one dy - Min. five years to be served concurrently with sentence imposed of offense #001. Mittimus issued. |
| 12/12/1995 | | Sentence credit given as per 279:33A: 293 days. |
| 12/12/1995 | | Victim-witness fee assessed: $50.00. |

MASXP-20050621
ϑ
Case 1:06-cr-10239-WGY   Document 11   Filed 09/26/06   Page 12 of 26
**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**
06/19/2006
04:19 PM

## SUCR1994-11146
## Commonwealth v Coleman, Jerome

| Date | Paper | Text |
|------|-------|------|
| 12/12/1995 | 8.0 | Commonwealth files motion for forfeiture. |
| 12/12/1995 | | Motion (P#8) allowed. |
| 12/12/1995 | | Court orders all drugs confiscated and destroyed. |
| 12/12/1995 | | Notified of right of appeal under Rule 64. King, J. - T. Ulfelder, |
| | | ADA - D. Roseboom, Court Reporter - E. Howard, Attorney. |
| 03/15/1996 | | Victim-witness fee paid as assessed sum $50.00. |

**EVENTS**

| Date | Session | Event | Result | |
|------|---------|-------|--------|--|
| 03/02/1995 | Criminal 1 Ctrm 704 | Arraignment | Event canceled not re-scheduled | )ê |
| | | Habe Issued 2/16/95. | | N |
| 03/03/1995 | Criminal 1 Ctrm 704 | Conference: Pre-Trial | Event held as scheduled | |
| 03/14/1995 | Criminal 1 Ctrm 704 | Conference: Pre-Trial | | |
| 03/30/1995 | Criminal 1 Ctrm 704 | Conference: Trial Assignment | Event canceled not re-scheduled | |
| | | Continuance by agreement | | |
| 05/03/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | | |
| 05/22/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | | |
| | | Continuance by agreement | | |
| 06/27/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | | |
| | | Continuance by agreement. | | |
| 08/17/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | | |
| | | continuance by agreement. | | |
| 09/07/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | | |
| | | Continuance at request of the defendant. | | |
| 09/18/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | Event canceled not re-scheduled | |
| | | Continuance by agreement. | | |
| 11/01/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | Event held as scheduled | )ê |
| 11/06/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | Event canceled not re-scheduled | N |
| 11/28/1995 | Criminal 5 Ctrm 817 | Conference: Status Review | Event held as scheduled | |
| 12/04/1995 | Criminal 5 Ctrm 817 | Conference: Status Review | Event canceled not re-scheduled | |

# EXHIBIT 2

No. SUCR 1994-10430

Commonwealth of Massachusetts

Suffolk, to wit:

At the Superior Court, begun and holden at the

City of Boston, within and for the County of

Suffolk , for the transaction of Criminal Business,

on the first Monday of December in  the year of our Lord

Nineteen Hundred and Ninety Five.

The Honorable Henry F. King

A Justice of said Court presiding

ds

**NO.** _____ SUCR94-10430-001

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR  COURT  DEPARTMENT
CRIMINAL  BUSINESS

_____ APRIL _____ Sitting, 19 94

COMMONWEALTH

V.

JEROME T. COLEMAN

INDICTMENT
TRAFFICKING IN COCAINE
General Laws, c.  94C  , S.  32E(b)(1)

APR 05 1994
P.O. R. Twitchell-AGVU

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

_Daniel F. P. L L._

Clerk.

COMMONWEALTH OF MASSACHUSETTS   94-10430-001

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of April,
in the year of our Lord one thousand nine hundred and
ninety-four.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JEROME T. COLEMAN,

on March 9, 1994, did traffick in cocaine, a derivative of coca

leaves, a Class B controlled substance under the provisions of

Section 31 of Chapter 94C of the General Laws of Massachusetts,

by unlawfully, knowingly and intentionally possessing with

intent to distribute a net weight of fourteen grams or more of a

mixture containing cocaine.

A TRUE BILL.

Assistant District Attorney.
SUCR94-10430

Foreman of the Grand Jury

**NO.** SUCR94-10430 -002

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS
APRIL           94
_____ Sitting, 19

COMMONWEALTH

V.

JEROME T. COLEMAN

INDICTMENT
OPERATION OF MOTOR VEHICLE WHILE DRINKING FROM OPEN CONTAINER OF
ALCOHOLIC BEVERAGE
General Laws, c.     90 , S. 24I

APR 05 1994

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

Daniel F. Q. LL.
Clerk.

FORM 235B

COMMONWEALTH OF MASSACHUSETTS    94-10430-002

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of April,
in the year of our Lord one thousand nine hundred and
ninety-four.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JEROME T. COLEMAN,

on March 9, 1994, upon a public way, to wit: Prescott Street,

Roxbury, did operate a motor vehicle while drinking from an open

container of alcoholic beverage.

A TRUE BILL.

Assistant District Attorney.          Foreman of the Grand Jury.
SUCR94-10430

MASXP-20050621

Case 1:06-cr-10239-WGY   Document 11   Filed 09/26/06   Page 20 of 26

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

06/19/2006
04:15 PM

## SUCR1994-10430
## Commonwealth v Coleman, Jerome T.

| | | | |
|---|---|---|---|
| **File Date** | 04/05/1994 | **Status** | Disposed (sentenced) (dsenimp) |
| **Status Date** | 12/12/1995 | **Session** | 5 - Criminal 5 Ctrm 817 |
| **Jury Trial** | Unknown | **Origin** | I - Indictment |
| **Lead Case** | | | |

**OFFENSES**

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 03/09/1994 | 094C:032E:b1 | Guilty plea | 12/12/1995 |
| | Traffic in controlled substance, 14-27g | | | |
| 2 | 03/09/1994 | 090:024I | Filed (guilty plea) | 12/12/1995 |
| | Operate MV with open container, alcohol | | | |

**PARTIES**

**Defendant**
Jerome T. Coleman
11 Cogswell Avenue
Cambridge, MA 02140
Gender: Male
ADA M Gaffney
Active 03/21/1994

**Private Counsel 546518**
Earl Howard
875 Massachusetts Avenue
Suite 34
Cambridge, MA 02139
Phone: 617-661-0894
Fax: 800-282-4790
Active 04/22/1994 Notify

**Plaintiff**
Commonwealth
Gender: Unknown
Active 03/21/1994

**District Atty's Office 550501**
Andrew R McClellan
32 Cherry Street
c/o State Atty's Office
Burlington, VT 05401
Phone: 802-863-2865
Active 11/17/1995 Notify

**Alias deft name**
Jason Coleman
Gender: Unknown
Active 02/16/1995

**Alias deft name**
Chris Adams
Gender: Unknown
Active 02/16/1995

MASXP-20050621

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

06/19/2006
04:15 PM

## SUCR1994-10430
### Commonwealth v Coleman, Jerome T.

**Alias deft name**
James Coleman
Gender: Unknown
Active 02/16/1995

**Alias deft name**
Kevin Davis
Gender: Unknown
Active 02/16/1995

**Alias deft name**
Steven Cooper
Gender: Unknown
Active 02/16/1995

**Alias deft name**
Christopher Banks
Gender: Unknown
Active 02/16/1995

**Alias deft name**
Jerome Coleman
Gender: Unknown
Active 02/16/1995

**Alias deft name**
William Davis
Gender: Unknown
Active 02/16/1995

ENTRIES

MASXP-20050621

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

06/19/2006
04:15 PM

## SUCR1994-10430
## Commonwealth v Coleman, Jerome T.

| Date | Paper | Text |
|------|-------|------|
| 03/21/1994 | | Case opened to issue docket# to grand jury |
| 04/05/1994 | 1.0 | Indictment returned |
| 04/05/1994 | 2.0 | Motion by Commonwealth for summons of Deft to appear; filed & allowed (Grabau, J.) |
| 04/06/1994 | | Summons issued |
| 04/22/1994 | | Deft arraigned before Court |
| 04/22/1994 | | Deft waives reading of indictment |
| 04/22/1994 | | RE offense 1: Plea of not guilty |
| 04/22/1994 | | RE offense 2: Plea of not guilty |
| 04/22/1994 | | Deft notified of right to request drug exam |
| 04/22/1994 | | Bail satisfied: $2,000.00 cash bail to be transferred from Roxbury 9402CR17618. Wilson, AC/M - R. Griffin, ADA - ERD, - E. Howard, Attorney. |
| 05/16/1994 | 3.0 | Pre-trial conference report filed. Court allows until 7/14/94 to file motions. Wilson, AC/M - M. Gaffney, ADA - E.R.D. - E. Howard, Attorney |
| 07/11/1994 | 4.0 | Deft files motion to suppress tangible evidence and statements given by the defenant without the assistane of counsel and affidavit in support of. |
| 07/21/1994 | | Defendant not in Court. |
| 07/21/1994 | | Deft defaulted; warrant to issued. |
| 07/22/1994 | | Warrant issued. Walsh, AC/M - M. Gaffney, ADA - E.RA.D. |
| 08/11/1994 | | Filed to locate pending apprehension |
| 08/11/1994 | | Cash bail ordered forfeited |
| 08/31/1994 | | Cash bail forfeited see check no. 2372. |
| 01/31/1995 | 5.0 | Deft files motion for speedy trial. |
| 02/23/1995 | | Brought into Court on warrant. |
| 02/23/1995 | | Bail ordered forfeited - Defendant committed to Cedar Junction on warrant. |
| 02/23/1995 | | Defendant commietted to H/C South Bay. |
| 11/02/1995 | | Brought into Court. |
| 11/02/1995 | 6.0 | Deft files Memorandum in support of Paper #4. |
| 11/02/1995 | | Hearing re: Paper #4. After hearing, Court takes motion under advisement. |
| 11/02/1995 | | Continued until 11/28/95 for status. King, J- A. McClellan, ADA- D. Roseboom, Court Reporter- E. Howard, Attorney. |
| 11/06/1995 | 7.0 | Deft files Supplemental Brief. |
| 11/22/1995 | 8.0 | ORDERED: Findings of fact, rulings of law and order denying defendant's motion to suppress evidence, filed. |
| 12/12/1995 | | Brought into Court. |
| 12/12/1995 | | RE offense 1: Guilty plea |
| 12/12/1995 | | Sentence imposed: as to offense #001 - M.C.I. Cedar Junction - Max. five years - Min. three years. The Court further orders that this sentence is to be served concurrently with sentence imposed on SUCR94-11146 and with sentence defendant received as a result of his parole violation. Mittimus issued. Registry of Motor Vehicles |

MASXP-20050621 **Commonwealth of Massachusetts** 06/19/2006
**SUFFOLK SUPERIOR COURT** 04:15 PM
**Case Summary**
**Criminal Docket**

## SUCR1994-10430
## Commonwealth v Coleman, Jerome T.

| Date | Paper | Text |
|------|-------|------|
| | | notified. |
| 12/12/1995 | | Sentence credit given as per 279:33A: 293. |
| 12/12/1995 | 9.0 | Commonwealth files motion for forfeiture of funds. |
| 12/12/1995 | | Motion (P#9) allowed. |
| 12/12/1995 | | Victim-witness fee assessed: $50.00. |
| 12/12/1995 | | Notified of right of appeal under Rule 64 |
| 12/12/1995 | | RE offense 2: Filed (guilty plea) |
| 12/12/1995 | | Court orders drugs confiscated and destroyed. King, J. - T. Ulfelder, |
| | | ADA - D. Roseboom, Court Reporter - E. Howard, Attorney. |

### EVENTS

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 04/20/1994 | Criminal 1 Ctrm 704 | Arraignment | Event held as scheduled |
| 05/16/1994 | Criminal 1 Ctrm 704 | Conference: Pre-Trial | Event held as scheduled |
| 07/21/1994 | Criminal 1 Ctrm 704 | Hearing: Motion | Defendant did not appear/default |
| 08/11/1994 | Criminal 1 Ctrm 704 | Continuance at request of defendant. Hearing: Misc Matters | Event held as scheduled |
| 02/15/1995 | Criminal 1 Ctrm 704 | Continuance for fugitive filing. Hearing: Misc Matters | |
| 03/02/1995 | Criminal 1 Ctrm 704 | Hearing re: Removal of default. Habe Issued 2/3/95. Hearing: Motion | |
| 03/14/1995 | Criminal 1 Ctrm 704 | Re: Speedy motions hearing. Habe Issued 2/16/95. Conference: Status Review | |
| 03/30/1995 | Criminal 1 Ctrm 704 | Continuance by agreement Conference: Trial Assignment | |
| 04/19/1995 | Criminal 1 Ctrm 704 | Continuance by agreement Conference: Trial Assignment | |
| 05/03/1995 | Criminal 1 Ctrm 704 | Hearing: Motion | |
| 05/22/1995 | Criminal 1 Ctrm 704 | Continuance by agreement. Habe issued to MCI Concord 4/20/95. Hearing: Motion | |
| 06/27/1995 | Criminal 1 Ctrm 704 | Continuance by agreement. Hearing: Motion | |
| 08/17/1995 | Criminal 1 Ctrm 704 | Continuance by agreement. Hearing: Motion | |
| 09/07/1995 | Criminal 1 Ctrm 704 | continuance by agreement. Hearing: Motion | |
| 09/18/1995 | Criminal 1 Ctrm 704 | Continuance at request of defendant. Hearing: Motion | Event canceled not re-scheduled |
| 11/01/1995 | Criminal 1 Ctrm 704 | Continuance by agreement Hearing: Motion | Event held as scheduled |
| 11/28/1995 | Criminal 5 Ctrm 817 | Continuance by agreement Conference: Status Review | Event held as scheduled |
| 12/04/1995 | Criminal 5 Ctrm 817 | Conference: Status Review | Event canceled not re-scheduled |

A TRUE COPY
Attest
Assistant Clerk-Suffolk
Superior Criminal Cou..

I hereby certify that the foregoing is true copy of the record of the Superior Court Department of the Trial Court, for the Transaction of Criminal Business, Suffolk County.

IN TESTIMONY WHEREOF,

I hereunto set my hand and affix the seal of said Superior Court, at Boston aforesaid, this Twentieth day of June in the year of our Lord two thousand six.

_____
**Assistant Clerk Magistrate**

# Commonwealth of Massachusetts

SUFFOLK, ss.

**Superior Court for the Transaction of Criminal Business**

No.................................

## COMMONWEALTH

v.

Jerome Coleman

## NOTICE OF APPEARANCE

To THE CLERK OF THE ABOVE-NAMED COURT:

Enter my appearance as attorney for defendant.

Dated.............. 2-24 , 19 95 .

Attorney for Defendant

Earl Howard, Esq.
875 Massachusetts Avenue, Suite 31
Cambridge, MA 02139
(617)661-0894/FAX# 547-4292
BBO#546518

Address

Tel. No.

## Withdrawal of Appearance

### Rule 62

An attorney who has entered an appearance in behalf of a defendant in a criminal case in the Superior Court shall not, except by express leave of Court, withdraw said appearance.

X-3468