# Exhibit 1

```
                        POLICE OFFICER'S FORMAL REPORT      07/19/04 14:50
                        EVERETT POLICE DEPARTMENT                   PAGE:  2
ase#:   302410                                              TTYR011 -72
------------------------------------------------------------------------

                              *** PROPERTY ***
     prop.type          make          mod/style    color      ser#/vin#
   =============   ================ ============ =======  ========================
 ----------
ECOVERED** R  rpt'd: 07/19/04 class: 06 qty:      1.00
    CLOTHES/FURS        FORCE
    id/desc: I PAIR SIZE 10 FORCE SNEAKERS    value:       $0  ncic:
  control #:                     bin #:                   analy #:
 ---------
ECOVERED** R  rpt'd: 07/19/04 class: 06 qty:      1.00
    CLOTHES/FURS        WHITE                     WHITE
    id/desc: WHITE DISHTOWEL                  value:       $0  ncic:
  control #:                     bin #:                   analy #:
 ---------
ECOVERED** R  rpt'd: 07/19/04 class: 25 qty:      1.00
    PURSES/HANDBA                   DRAWSTRING BLUE
    id/desc: BLUE DRAWSTRING PLASTIC BAG       value:      $0  ncic:
  control #:                     bin #:                   analy #:
 ---------
------------------------------------------------------------------------
```

                              *** NARRATIVE ***
   ON THE ABOVE DATE AND TIME I OFFICER MARCHESE RESPONDED
TO 43 BEACHAM STREET THE SPRAGUE COMPANY TO INVESTIGATE A
REPORT OF RECOVERED NARCOTICS. WHEN I ARRIVED I SPOKE TO JAMES
COLLINS WHO TOLD ME AN EMPLOYEE ERIKK ELSO WAS CLEANING THE
PROPERTY AT THE CORNER OF BEACHAM AND ROBIN STREET HE FOUND A
BROWN BAG WHIT A WHITE ROCKY SUBSTANCE INSIDE AND PHONED THE
POLICE. ERIKK CONTINUED TO CLEAN WHEN HE FOUND ANOTHER PLASTIC
BAG CONTAINING CLOTHS, A SILVER HAND GUN, BULLETS, AND A PAIR
OF BLACK SNEAKERS. I TOOK 2 PHOTOGRAPHS OF WHERE THE BAG WAS
AND TOOK ALL THE RECOVERED PROPERTY BACK TO THE EVERETT POLICE
DEPARTMENT WHERE I WAS INSTRUCTED BY LT CHRISTIANO NOT TO
TOUCH IT AND THE DETECTIVES WILL PROCESS ALL OF THE RECOVERED
PROPERTY.

FOLLOW-UP INVESTIGATION

ON 07-19-04 I DETECTIVE SABELLA WAS NOTIFIED THAT OFFICER
MARCHESE HAD RECOVERED A FIREARMS AND POSSIBLY DRUGS AT 43
BEACHAM STREET AT APPROXIMATELY 7:19 AM. THE ITEMS WERE PLACED
ON THE FLOOR AT THE ROLL CALL ROOM. I THEN PROCEED TO PROCESS
THE ITEMS WHICH INCLUDED THE FOLLOWING:
 1- A TAURUS 357 MAGNUM HANDGUN # UE98782
 2- 2 PLASTIC BAGS CONTAINING I LARGE ROCK AND 1 POWDER
 3- BLACK SNEAKERS FORCE SIZE 10
 4- A WHITE HANDTOWEL
 5- A YELLOW SHIRT WITH NUMBER 6 ON THE BACK
 6- SEVERAL PLASTIC BAGS THE ITEMS WERE FOUND IN

I SENT A GENERAL BROADCAST TO ALL LOCAL AGENCIES FOR
INFORMATION REGARDING THESE ITEMS.

```
                      POLICE OFFICER'S FORMAL REPORT         07/19/04 14:50
                      EVERETT POLICE DEPARTMENT                     PAGE:  3
Case#:   302410                                              TTYR011 -72
------------------------------------------------------------------------------
```

*** NARRATIVE ***

I THEN CONDUCTED A LEAPS QUERY OF THE FIREARM WHICH PRODUCED
NO RESULTS. I ALSO SUBMITTED AN ATF TRACE OF THE FIREARM. THE
CLOTHING ITEMS WERE INDIVIDUALLY PLACED INTO PAPER EVIDENCE
BAGS AND THE WHITE ROCK AND POWDER WILL BE SUBMITTED FOR DRUG
TESTING.
==============================================================
CASE STATUS : OPEN ( )   SUSPENDED ( )   UNFOUNDED ( ) CLOSED ( )
CLOSED BY : ARREST MADE ( ) CRIM COMP APP ( ) ARR WARR APP ( )
REF FOR PRIV COMP ( )  REF TO OTHER AGENCY ( )
FURTHER ACTION REQUIRED? ( )YES ( )NO  TO WHOM: _____
OTHER: DOMESTIC ( ) CHILD ABUSE/NEGLECT ( ) HATE CRIME ( )
ALCOHOL ( ) DRUG/NARCOTICS ( ) GANG RELATED ( )

*Det Al Labella  7-19-04*
REPORTING OFF'S SIG. DATE/TIME    OIC SIGNATURE           DATE/TIME

_____  _____
SUP. OFF'S SIG.      DATE/TIME    OIC SIGNATURE           DATE/TIME

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE PURSUANT TO SECTION
269 13A OF THE MASSACHUSETTS STATE CRIMINAL LAW.

```
:5;1H0;40;36m                              2;1H0;40;36m1;73H0;40;36mPD.ULOG1;8
 H0;40;36m
```

# Exhibit 2

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 1 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 004 |
|---|---|

**TITLE OF INVESTIGATION:**
Coleman, Jerome

| CASE NUMBER:<br>762020-04-0050 | REPORT NUMBER:<br>4 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
|   | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name)<br>Richard W. Donahue | SUBMITTED BY (Title and Office)<br>Special Agent, Boston II Field Office | SUBMITTED BY (Date)<br>08/02/2004 |
|---|---|---|
| REVIEWED BY (Name)<br>Thomas E. D'Ambrosio | REVIEWED BY (Title and Office)<br>Group Supervisor, Boston II Field Office | REVIEWED BY (Date)<br>8-3-2004 |
| APPROVED BY (Name)<br>William J. Hoover | APPROVED BY (Title and Office)<br>Special Agent in Charge, Boston Field Division | APPROVED BY (Date)<br>8-3-2004 |

**DESCRIPTION OF ACTIVITY:**
Interview of Erikk Elso

**SYNOPSIS:**
On 7/20/04, S/A's interviewed Erikk Elso regarding the items he turned over to Everett Police.

**NARRATIVE:**

1. On 7/20/04, ATF S/A's Donahue and Kotchian interviewed Erikk Elso at his residence at 80 Litchfield St. Apt. 5, Brighton, MA.

2. Elso told the S/A's that he has worked for the Sprague Company in Everett, MA for the past 2 years.

3. Elso said that on the morning of 7/19/04, he was doing some landscaping/cleaning work on the companies' property on the corner of Beacham and Robin St. Elso said that while he was cleaning an area of brush, just below the Sprague Company sign, he found a white plastic bag that appeared to have something inside. Elso looked inside the bag and found a white rocky substance sealed inside a plastic sandwich bag. Elso believed that the bag may have contained narcotics and immediately contacted his supervisor, James Collins, via two-way radio.

4. Elso said that his supervisor notified him that the police had been called and should be there shortly. Elso continued looking in the brush and found another white plastic bag with blue writing. Elso looked inside the

COLE0000000013

ATF EF 3120.2 (5-98)

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>**REPORT OF INVESTIGATION** | Page 2 of 2 |
|---|---|
| **ADDRESSED TO:**<br>Special Agent in Charge<br>Boston Field Division | **MONITORED INVESTIGATION INFORMATION:**<br>Boston Field Division<br>FY-04<br>Report 004 |
| **TITLE OF INVESTIGATION:**<br>Coleman, Jerome | |
| **CASE NUMBER:**<br>762020-04-0050 | **REPORT NUMBER:**<br>4 |

second bag and saw what he believed to be the handle of a firearm and several rounds of ammunition. Elso immediately placed the bag back on the ground as Everett Police arrived on scene.

5. Everett Police Officer Marchese looked in the bags and took a brief statement from Elso. All of the items found by Elso were taken into custody by the Everett Police Department.

6. Elso told S/A's Donahue and Kotchian that he usually cleans the area where he found the items about once a month. He believed that the two plastic bags were strategically placed in the brush as opposed to being thrown from a car.

ATF EF 3120.2 (5-98)

COLE0000000014